# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ALISHA D. COBBS**                                                                              **PLAINTIFF**

**V.**                             **No. 4:05-CV-00488 GTE**

**GRAPAT MANAGEMENT (GRAPAT
GROUP, INC.)**                                                         **DEFENDANT**

## ORDER GRANTING MOTION FOR
## LIMITED APPEARANCE

Before the Court are Defendant's Motion to Proceed without Local Counsel and Applications and Order for Admission Pro Hac vice by attorneys Ramon D. Bissmeyer and Megan P. Lindberg. Therein, Defendant seeks permission for attorneys Ramon D. Bissmeyer and Megan P. Lindberg, both members in good standing of the bar of Texas, to appear before this Court for the purpose of providing legal representation to the Defendant. Defendant further requests that the Court dispense with the customary requirement that local counsel, with an Arkansas office and a member of the Arkansas bar, be associated. Mr. Bissmeyer and Ms. Lindberg have both affirmed the Court's Local Rules. The Court will exercise its discretion to grant the applicants permission to appear as counsel for the Defendant in this proceeding only without the necessity of obtaining local counsel. Said permission may be withdrawn if it appears that the designation of local counsel is necessary for the efficient and orderly disposition of this matter or desirable for any other reason.

1

IT IS THEREFORE ORDERED that Defendant's Applications for Admission Pro Hac Vice (Docket Nos. 5 & 6) be, and they are hereby, GRANTED.  Attorneys Ramon D. Bissmeyer and Megan P. Lindberg are hereby granted permission to appear in this action for the purpose of representing the Defendant GRAPAT Group, Inc.

IT IS FURTHER ORDERED that Defendant's Motion to Proceed without Local Counsel (Docket No. 7) be, and it is hereby, GRANTED.   Mr. Bissmeyer and Ms. Lindberg are further advised and agree that by appearing in this action subsequent hereto, they consent to the jurisdiction of this Court in matters of discipline.

IT IS SO ORDERED this   26th   day of July, 2005.

                                                     /s/Garnett Thomas Eisele
                                          UNITED STATES DISTRICT JUDGE