**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ALISHA D. COBBS**                                                                                   **PLAINTIFF**

**v.**                                           **NO. 4:05-CV-488 GTE**

**GRAPAT EMPLOYERS, INC.**                                                              **DEFENDANT**

**JUDGMENT**

Upon the basis of the Memorandum Opinion granting Defendant's Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant, GraPat Employers, Inc., and against Plaintiff, Alisha Cobbs.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 16th day of June, 2006.

                                                                                /s/Garnett Thomas Eisele
                                                           UNITED STATES DISTRICT JUDGE